RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CRISTEN C. THAYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Cristen_Thayer@fd.org

Attorney for Ronald Rice

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>RONALD RICE,<br><br>       Defendant. | Case No. 2:14-cr-00401-RFB-CWH<br><br>**Stipulation to Extend Time to File Defendant's Reply to Government's Response to Motion to Vacate**<br>(First Request) |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, and Peter Walkingshaw, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Cristen C. Thayer, Assistant Federal Public Defender, counsel for Ronald Rice, request that the due date for Mr. Rice's reply to the government's response to the Motion to Vacate currently due May 12, 2023 be extended until May 19, 2023.

This Stipulation is entered into for the following reasons:

1.     Defense counsel requires additional time to research and prepare the reply.

2. Mr. Rice is in custody and does not oppose the continuance.

3. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the reply deadline.

Dated: May 9, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Cristen C. Thayer*<br>CRISTEN C. THAYER<br>Assistant Federal Public Defender | By */s/ Peter Walkingshaw*<br>PETER WALKINGSHAW<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00401-RFB-CWH |
| Plaintiff, | ORDER |
| v. | |
| RONALD RICE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Reply to the Government's Response to the Motion to Vacate, that the Defendant's deadline to file his Reply is extended to May 19, 2023.

DATED this <u>10th</u> DAY of <u>May, 2023</u>. .

_____
UNITED STATES DISTRICT JUDGE

3